AO 109 (Rev. 01/09) Warrant to Seize Personal Property Subject to Civil Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*
Up to $110,567.69 held in account #s 862392280, 756527617, 862114270, 757555120, 757424412, and 7402868983 at TD Ameritrade in Omaha, NE

Case No. 11-MC-0016-KMT

## WARRANT TO SEIZE PERSONAL PROPERTY SUBJECT TO CIVIL FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of ___Nebraska___ be seized as being subject to forfeiture to the United States of America. The property is described as follows:
Up to $110,567.69 held in account #s 862392280, 756527617, 862114270, 757555120, 757424412, and 7402868983 at TD Ameritrade in Omaha, NE

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before March 13, 2011
*(Not to exceed 10 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge ___KATHLEEN M. TAFOYA___.
United States Magistrate Judge *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3-3-11 @ 11:20am   _____
Judge's signature

City and state: Denver, CO   KATHLEEN M. TAFOYA
United States Magistrate Judge
*Printed name and title*

AO 109 (Rev. 01/09)  Warrant to Seize Personal Property Subject to Civil Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 11-MC-0016 | Date and time warrant executed: <br> 03/03/2011  12.00pm | Copy of warrant and inventory left with: |
| Inventory made in the presence of: | | |
| Inventory of the property taken: | | |

TD Ameritrade will issue 4 checks in the name of US Marshals to the FBI as follows:

Account 862114270 - Western Pulmonary     $88,143.31
Account 757555120 - Lionel Glass          $6,647.40
Account 862392260 - Robert Berg           $7,875.39
Account 757527617  ptk  (struck)
        757424412   Arthur Peterson       $7875.33

[FILED U.S. DISTRICT COURT DISTRICT OF COLORADO 2011 MAR 10 AM 9:34 GREGORY C. LANGHAM CLERK  BY _____ DEP. CLK]

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: 3/10/2011

_Patrick J. Kramer_
Executing officer's signature

Patrick T. Kramer
Printed name and title

_Kathleen M. Tafoya_   3-10-11
KATHLEEN M. TAFOYA
United States Magistrate Judge